UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| VS. ) ) | CRIMINAL NO. MJ-04-815-MBB |
| ) TONY GOMES TEIXEIRA, ) DEFENDANT. ) ) | |

## MOTION TO CONTINUE

NOW COMES the defendant, Tony Teixeira, in the above entitled matter and request that his detention hearing be continued from Wednesday, April 14, 2004 at 2:00 p.m. to Monday, April 19, 2004 at 10:00 a.m. In support thereof, defendant has hired new counsel and needs further time to prepare for said hearing.

Respectfully submitted by,
FOR THE DEFENDANT,

/s/ Barry P. Wilson
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680

Date: April 13, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> TONY GOMES TEIXEIRA, <br> DEFENDANT. | ) <br> ) <br> ) <br> ) CRIMINAL NO. <br> ) MJ-04-815-MBB <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Motio To Continue," on this date, by First Class Mail, to Timothy Seely, AUSA, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210 and to Mr. Jesse Gomes, USPO, United States Probation Office, One Courthouse Way, Boston, MA 02210.

Barry P. Wilson, Esquire

Date: April 13, 2004