AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

UNITED STATES

V.

TONY GOMES TEXEIRA

**EXHIBIT AND WITNESS LIST**

Case Number:  MJ# 04-815-MBB

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>A. LEONEY FOR T. FEELEY | DEFENDANT'S ATTORNEY<br>B. WILSON |
|---|---|---|
| TRIAL DATE (S)<br>4/20/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4/20/04 |  |  | Spc. Agent Sheila O'Hara; A.T.F. ; for the Government |
| 1 |  | 4/20/04 | X | X | Affidavit |
| 2 |  | 4/20/04 | X | X | Police Report, City of Brockton |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages