AO 458 (Rev. 10/95) Appearance

*filed in open court 4/20/04 2:30pm*

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

## APPEARANCE
*Detention/prel. hearing*

Case Number: 04-815-MBB

To the Clerk of this court and all parties of record: _Tony Teixeira_

Enter my appearance as counsel in this case for _defendant Tony Teixeira_

I certify that I am admitted to practice in this court.

_4/20/04_
Date

Signature: _Barry P. Wilson_

Print Name: BARRY P WILSON

Bar Number:

Address: _240 Commercial St._

City: _Boston_   State: _MA_   Zip Code: _02109_

Phone Number: _617-248-8979_   Fax Number: